## YARBOROUGH v. STATE.
### No. 21707.

Court of Criminal Appeals of Texas.
Nov. 5, 1941.

No attorney for appellant.

Spurgeon E. Bell, State's Atty., of Austin, for the State.

HAWKINS, Presiding Judge.

Conviction is for theft of cattle, punishment assessed being two years in the penitentiary.

The record is before the court without statement of facts or bills of exception. Nothing is presented for review.

The judgment is affirmed.